Forest C. MARTIN, Sr., on behalf of Forest C. Martin, on behalf of Neal Nassor Martin, Plaintiff–Appellant,

v.

CITY OF ALEXANDRIA; et al., Defendants,

City of Alexandria; Robert T. Distefano, in his official capacity; Steve Bankston; Douglas Prestridge, Defendants–Appellees.

No. 05–31006
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

July 19, 2006.

Forest C. Martin, Sr., Alexandria, LA, pro se.

---

Harry Bradford Calvit, Provosty, Sadler, Delaunay, Fiorenza & Sobel, Alexandria, LA, for Defendants–Appellees.

Before JONES, Chief Judge, and BARKSDALE and BENAVIDES, Circuit Judges.

PER CURIAM: *

Forest C. Martin, Sr. brought a pro se action claiming various civil rights violations by the City of Alexandria and several of its police officers. The alleged violations occurred during an investigation by the officers of an anonymous tip about a suspected burglary at a car dealership where Martin and his sons ("the Martins") were performing janitorial services. During the investigation, the officers briefly held the Martins at gunpoint and questioned them regarding their right to be on the premises. Sympathetic as we might be to the Martins for having been misidentified as burglars by the anonymous informer, and subsequently held at gunpoint during the investigation, the district court thoroughly examined their complaints, and we find no reversible error in the court's findings of fact and conclusions of law. We therefore AFFIRM the final judgment of the district court essentially for the reasons stated in its opinion.

**AFFIRMED.**

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.